Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

9th Circuit Case Number(s): 12-15760

Case Name: Sean Hull v. Indirect Purchaser Plaintiffs et al.

The Clerk will enter my appearance as counsel on behalf of: Sean Hull

[X] Appellant  [ ] Petitioner  [ ] Amicus Curiae  [ ] Appellant/Cross-Appellee
[ ] Appellee   [ ] Respondent  [ ] Intervenor    [ ] Appellee/Cross-Appellant

[X] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

[ ] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): Sean Hull, Pro Se

Signature (use "s/" format): s/ Joseph Darrell Palmer    Date: 06/14/2012

Name: Joseph Darrell Palmer

Address: 603 N. Highway 101, Suite A

City: Solana Beach    State: CA    Zip Code: 92075

Phone Number (including area code): (858) 792-5600

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 14, 2012.

I certify that all active participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system. All non-registered participants will be served via U.S. Mail, to wit:

Sean Hull, 7890 Witney Place, Lone Tree, CO 80124

/s/ Joseph Darrell Palmer
Joseph Darrell Palmer