NO: 12-15760

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

INDIRECT PURCHASER PLAINTIFFS,

Plaintiffs-Appellees

vs.

CHUNGHWA PICTURE TUBES, LTD., ("Chunghwa PT") is a Taiwanese company; CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD., ("Chunghwa Malaysia") is a Malaysian company,

Defendants-Appellees,

SEAN HULL

Objectors-Appellants

From the United States District Court
for the Northern District of California
No. 3:07-cv-05944-SC

**MOTION TO VOLUNTARILY DISMISS APPEAL WITH PREJUDICE
PURSUANT TO F.R.A.P. 42(b)**

Joseph Darrell Palmer, LL.M.
Law Offices of Darrell Palmer PC
603 North Highway 101, Suite A
Solana Beach, CA 92075
(858) 792-5600 Ph / (866) 583-8115 Fax
Email: darrell.palmer@palmerlegalteam.com
Attorneys for Appellant Sean Hull

TO: The Honorable Appellate Judge:

Comes now Sean Hull ("Appellant") and asks the Court, pursuant to Federal Rule of Appellate Procedure 42(b), to dismiss the appeal of Sean Hull with prejudice, and would show the Court the following:

I.

The Appellant no longer desires to pursue this appeal.

II.

For the reason stated above, Appellant Sean Hull asks the Court to grant this Motion to Dismiss the Appeal with prejudice in this matter, pursuant to Federal Rule of Appellate Procedure 42(b). Costs on appeal should be taxed against the party incurring the same.

Dated: July 24, 2012　　　　　LAW OFFICES OF DARRELL PALMER PC

By: /s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Joseph Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices Of Darrell Palmer PC
603 North Highway 101, Suite A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorneys for Appellant Sean Hull

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on July 24, 2012.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Joseph Darrell Palmer
Joseph Darrell Palmer